IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**NICKOLAUS EDWARD SMITH**                                                                             **PLAINTIFF**

V.                                     **CASE NO. 2:24-CV-2021**

**SERGEANT EDDIE SMITH**
**and SHERIFF HOBE RUNION**                                                        **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 22) filed in this case on May 9, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**. The Motion to Dismiss (Doc. 19) is **GRANTED**, and the case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute this case and failure to obey the Orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 29th day of May, 2024.

                                                   */s/ Timothy L. Brooks*
                                                   TIMOTHY L. BROOKS
                                                   UNITED STATES DISTRICT JUDGE